IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**FILED IN CHAMBERS**
U.S.D.C Atlanta

FEB 9 2015

JAMES N. HATTEN, Clerk
By: D. Wilford Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CRIMINAL INDICTMENT/INFORMATION NO. 2:14-CR-00029-WCO-JCF |
| CHRISTOPHER CAGLE | |
| Defendant. | |

## ORDER APPROVING REPORT AND RECOMMENDATION AND ACCEPTANCE OF PLEA OF GUILTY

The court has received the magistrate judge's report and recommendation filed on January 26, 2015. This report and recommendation finds the defendant's plea of guilty to have been knowingly and voluntarily made and finds that the charge(s) to which the plea is entered is supported by an independent basis in fact establishing each of the essential elements of the offense. The magistrate judge recommends that the plea be accepted and the defendant be adjudged guilty and sentence imposed accordingly. There has been no objection made to the report and recommendation.

Pursuant to Rule 11, Federal Rules of Criminal Procedure, the report and recommendation is hereby adopted and made the order of this court. The plea of guilty of the defendant to count one of the indictment, is hereby accepted, and the defendant is hereby adjudged guilty of said offense(s). Sentence is hereby scheduled

for, March 31, 2015, at 11:00 am. in the Third Floor Courtroom, United States Courthouse and Federal Building, 121 Spring Street, S.E., Gainesville, Georgia.

The clerk is directed to serve a copy of this order upon the defendant, the defendant's attorney, the United States attorney, the United States Probation Office, and the United States Marshal.

IT IS SO ORDERED, this 9th day of February, 2015.

William C. O'Kelley
Senior United States District Judge

****<u>NOTE TO COUNSEL</u>: IF THE DEFENDANT IS IN CUSTODY, THE UNITED STATES MARSHAL WILL HAVE THE DEFENDANT AVAILABLE AT THE COURTHOUSE THIRTY MINUTES BEFORE THE TIME OF THE SENTENCING HEARING. IT IS THE RESPONSIBILITY OF COUNSEL TO ARRANGE TO SEE THEIR CLIENT BEFORE THE TIME OF THE SENTENCING HEARING AND BE PREPARED TO PROCEED AT THE TIME PREVIOUSLY DIRECTED BY THE COURT. THE COURT <u>WILL NOT</u> BE DELAYED WHILE COUNSEL CONFER WITH THEIR CLIENT.